**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DAMALAS BOULDIN**                                                       **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 3:06CV399WA**

**CITY OF MENDENHALL, MISSISSIPPI;
SIMPSON, MISSISSIPPI and JIMMY CHARLES
J. SULLIVAN, Individually and in his official
capacity**                                                       **DEFENDANTS**

## ORDER

This matter came before the court on the Municipal Defendant's Second Motion to Stay. The court has reviewed the Motion and finds that this matter should be stayed until May 15, 2007. If, however, the witness who was identified at the Status Conference held on March 1, 2007, is likely to be deployed, then he may be deposed. If the case is resolved prior to May 15, 2007, then counsel shall notify the court for appropriate action.

IT IS, THEREFORE, ORDERED that the Second Motion to Stay is hereby **granted**, under the conditions described above.

IT IS SO ORDERED, this the 2nd day of March, 2007.

                                                                                  S/Linda R. Anderson
                                                       UNITED STATES MAGISTRATE JUDGE